# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MERLIN KAUFFMAN, an individual,<br><br>　　　　　Plaintiff/Judgment Creditor,<br><br>　　　　　v.<br><br>TRANS HIGH CORPORATION, a New York company, and HIGH TIMES HOLDING CORPORATION, a Delaware company,<br><br>　　　　　Defendants/Judgment Debtors,<br><br>SALAL CREDIT UNION,<br><br>　　　　　Garnishee Defendants. | NO. 24-MC-00009-TL<br><br>**ORDER DIRECTING AND AUTHORIZING THE WESTERN DISTRICT OF WASHINGTON CLERK'S OFFICE TO ISSUE WRIT OF GARNISHMENT TO SALAL CREDIT UNION**<br><br>***CLERK'S ACTION REQUIRED*** |

THIS MATTER came before the undersigned Judge of this above-entitled Court upon the Application and Declaration for Writ of Garnishment to Salal Credit Union ("Application") submitted by Plaintiff/Judgment Creditor Merlin Kauffman ("Judgment Creditor").

This Court, having reviewed the Application, and finding that the Judgment Creditor is the holder of a judgment entered in the United States District Court Middle District of Florida Jacksonville Division on March 29, 2023, and filed and registered in this above-entitled Court against Defendant/Judgment Debtor Trans-High Corporation on December 18, 2023 (the "Judgment"), and this Court finding that said Judgment remains unpaid and unsatisfied. Based on

ORDER DIRECTING AND AUTHORIZING THE WESTERN DISTRICT OF WASHINGTON CLERK'S OFFICE TO ISSUE WRIT OF GARNISHMENT TO SALAL CREDIT UNION – 1

**SCHWEET LINDE & ROSENBLUM, PLLC**
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010   F (206) 381-0101

the foregoing, and this Court being otherwise fully advised in the premises; NOW, THEREFORE, it is hereby:

ORDERED, ADJUDGED, and DECREED that Judgment Creditor's Application is GRANTED; and it is further:

ORDERED, ADJUDGED, and DECREED that the Western District of Washington Clerk's Office is directed, authorized, and shall issue a Writ of Garnishment to Salal Credit Union upon the filing or presentation of this Order.

ENTERED this 22nd day of April 2024.

Tana Lin
United States District Judge

Presented By:

**SCHWEET LINDE & ROSENBLUM, PLLC**

*/s/ Jacob D. Rosenblum/*
Jacob Rosenblum, WSBA #42629
Attorneys for Judgment Creditor

ORDER DIRECTING AND AUTHORIZING THE WESTERN DISTRICT OF WASHINGTON CLERK'S OFFICE TO ISSUE WRIT OF GARNISHMENT TO SALAL CREDIT UNION – 2

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010   F (206) 381-0101