# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MERLIN KAUFFMAN, an individual, | Case No. 2:24-mc-00009-TL |
| Plaintiff/Judgment Creditor, | |
| v. | **JUDGMENT AND ORDER TO PAY** (FINANCIAL INSTITUTION) |
| TRANS HIGH CORPORATION, a New York company, and HIGH TIMES HOLDING CORPORATION, a Delaware company, | (Clerk's Action Required) |
| Defendants/Judgment Debtors, | |
| SALAL CREDIT UNION, | |
| Garnishee Defendant. | |

## JUDGMENT SUMMARY

| | |
|---|---|
| Plaintiff/Judgment Creditor: | Merlin Kauffman |
| Garnishee Judgment Debtor: | Salal Credit Union |
| Garnishment Judgment Amount | $30,999.72 |
| Defendant/Judgment Debtor | Trans High Corporation |
| Judgments to bear interest at: | 0.00% |
| Attorney for Plaintiff/ Judgment Creditor | Schweet Linde & Rosenblum, PLLC |

IT APPEARING THAT Salal Credit Union was indebted to Defendant/Judgment Debtor, TRANS HIGH CORPORATION, in the nonexempt amount of $30,999.72 (see Dkt #6 at 2); that at the time the writ of garnishment was issued Defendant/Judgment Debtor, Trans High Corporation, maintained a financial institution account with Salal Credit Union, or Salal Credit Union had in its possession or control funds, personal property, or effects of Defendant/Judgment Debtor, Trans High Corporation; now, therefore, it is hereby

JUDGMENT AND ORDER TO PAY
(FINANCIAL INSTITUTION) -1

**SCHWEET LINDE & ROSENBLUM, PLLC**
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010   F (206) 381-0101

ORDERED, ADJUDGED, AND DECREED that Plaintiff/Judgment Creditor, Merlin Kauffman, is awarded judgment against Garnishee Defendant, Salal Credit Union, in the amount of $30,999.72; that Salal Credit Union will pay the judgment amount to Plaintiff/Judgment Creditor's attorney of record, Schweet Linde & Rosenblum, PLLC, through the registry of the court, and the clerk of the court is authorized and directed to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $30,999.72 plus all accrued interest, payable to Merlin Kauffman, and mail or deliver the check(s) to Schweet Linde & Rosenblum, PLLC. Garnishee Defendant, Salal Credit Union, is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED this 18th day of February 2025.

_____
Tana Lin
United States District Judge

Presented By:

SCHWEET LINDE & ROSENBLUM, PLLC

*/s/ Jacob D. Rosenblum/*
Jacob D. Rosenblum, WSBA #42629
575 S. Michigan St.
Seattle, WA 98108
Telephone: (206) 275-1010
Fax: (206) 381-0101
E-mail: jacobr@schweetlaw.com
Attorneys for Plaintiff

JUDGMENT AND ORDER TO PAY
(FINANCIAL INSTITUTION) -2

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010   F (206) 381-0101